1389374

# United States District Court

___EASTERN___ DISTRICT OF ___VIRGINIA___

UNITED STATES OF AMERICA

v.

DARRYL JAMES DIGGS

**WARRANT FOR ARREST**

CASE NUMBER  1:07mj580

08-146-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___DARRYL JAMES DIGGS___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**FILED**

FEB 28 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in relation to violating 18 U.S.C. 1344 (Bank Fraud), knowingly transferring, possessing, and using, without lawful authority, a means of identification of another person,

in violation of Title ___18___ United States Code, Section(s) ___1028A___

Name of Issuing Officer                          Title of Issuing Officer

[signature]                                      9/25/07   Alexandria, VA
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____

By _____

**THERESA CARROLL BUCHANAN**
**U.S. MAGISTRATE JUDGE**
**EASTERN DISTRICT OF VIRGINIA**

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>2/28/08 | NAME AND TITLE OF ARRESTING OFFICER<br>KEVIN M. KRAEMER | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>2/28/08 | DUSM | |

JS 45 (11/2002)

# Criminal Case Cover Sheet

U.S. District Court

**Place of Offense:** Alexandria, VA   **Under Seal:** Yes ___ No XX   **Judge Assigned:** _____

City _____ ___ Superseding Indictment   ___ **Criminal Number:** 1:07mj890

County/Parish _____ ___ Same Defendant   ___ New Defendant _____

___ Magistrate Judge Case Number _____ Arraignment Date: _____

___ Search Warrant Case Number _____

___ R. 20/R. 40 from District of _____

**Defendant Information:**

Juvenile -- Yes ___ No XX   FBI # 216768DB5 _____

Defendant Name: _____ Darryl James Diggs _____ Alias Name(s) _____

Address: _____

Employment: _____

Birth date _____   M Def Race Black ____ Nationality USA ____ Place of Birth _____

Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos _____

Interpreter: ___ No ___ Yes List language and/or dialect: ____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   XX Not in Custody

___ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond ____

**Defense Counsel Information:**

Note: ___ Office of Federal Public Defender not to be appointed due to conflict of interest

Note: ___ CJA (Criminal Justice Act) attorney not to be appointed due to conflict of interest

Name: _____ ___ Court Appointed

Address: _____ ___ Retained

Telephone _____ ___ Public Defender

**U.S. Attorney Information:**

AUSA Derek Andreson   Telephone No: 703-299-3708   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

U.S. Secret Service, Washington Field Office, 1800 G St NW, Washington, DC 20006, (202) 435-5800, Special Agent Kim McGill

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. 1028(A) | Aggravated Identity Theft | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 09/25/07   Signature of AUSA: _____

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
SEP 25 2007
CLERK, U.S. DISTRICT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA )
)
v. ) Criminal Case No. 1:07mj880
)
DARRYL JAMES DIGGS )
) 08-146-M-01
Defendant. )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Benjamin Chervenak, being duly sworn, depose and state:

I. **INTRODUCTION**

1. I have been a Special Agent with the United States Secret Service ("USSS") since March 7, 2003. I have received formal training in regards to the investigation of various financial crimes. I was formally trained as a Criminal Investigator at the Federal Law Enforcement Training Center in Glynco, Georgia, and as a Special Agent at the USSS James J. Rowley Training Center in Beltsville, Maryland. During my tenure, I have investigated cases involving bank fraud, identity theft, and counterfeit negotiable instruments.

2. I am currently assigned to the USSS Virginia Investigative Team (hereafter "VIT") squad at the Washington Field Office in Washington, DC. My primary responsibility in this squad is to investigate and assist others in the investigations of financial crimes. I have participated in numerous criminal investigations and been involved in the arrest of

1

individuals for fraud and other crimes.

3. This affidavit is submitted for the limited purpose of establishing probable cause. The facts in this affidavit are based on my investigation, personal observations, training and experience, as well as information conveyed to me by other law enforcement officials. For those reasons, I am not including all facts known to law enforcement authorities concerning this investigation.

## II. PURPOSE OF AFFIDAVIT

4. This affidavit is submitted in support of the following:

   a. A criminal complaint charging DARRYL JAMES DIGGS ("DIGGS") with knowingly transferring, possessing, and using, without lawful authority, a means of identification of another person, in relation to violating Title 18, United States Code, Section 1344 (Bank Fraud), in violation of Title 18, United States Code, Section 1028A.

   b. An arrest warrant for DIGGS for violating Title 18, United States Code, Section 1028A.

## III. OVERVIEW OF INVESTIGATION

5. In May 2007, Omar V. reported to the Alexandria City Police Department that someone had used his identifying information, including his name, date of birth, and social security number, to take out a $75,000 home equity loan from PNC Bank in Alexandria, Virginia. In addition, he discovered that someone had established a $7000 personal loan account at Wells Fargo Financial Bank, located in Alexandria, Virginia, using his identifying information

2

6. The USSS and the Alexandria Police Department jointly investigated this case. On August 01, 2007, Special Agent Dennis Kee and I interviewed DIGGS at his Parole Officer's office, located in Washington, D.C. During the interview, DIGGS admitted that he had obtained Omar V.'s identifying information and used it to establish the $75,000 home equity loan at PNC Bank, and the $7000 personal loan at Wells Fargo. DIGGS also identified himself in PNC Bank surveillance photographs taken at the time he obtained the home equity loan.

## IV. PROBABLE CAUSE

7. On May 16, 2007, Special Agent Emily Nagel and I spoke with an investigator for PNC Bank ("PNC Investigator"). She stated that the $75,000 home equity loan at issue was established over the phone. Someone, who DIGGS later identified as "Jay," called PNC's Station Center bank branch in Alexandria in April, and spoke with a bank employee. During that conversation, Jay pretended to be Omar V., and gave the bank employee his personal identifying information for the purpose of establishing the loan.

8. On April 17, 2007, DIGGS, and an unidentified female suspect, later identified as Davonda R., went to the Station Center branch to meet with the same bank employee Jay had spoken to over the phone. DIGGS presented the bank employee with a Virginia driver's license with Omar V.'s name and identifying information. The bank employee recalled that Davonda R. told her that she did not have any identification on her, but that she was Andrea V.—"Omar's ex-wife." DIGGS and Davonda R then signed the paperwork necessary to secure the home equity loan in Omar V.'s name.

9. I reviewed April 17, 2007 PNC surveillance photographs taken at the time DIGGS,

3

posing as a Omar V., and Davorda R., posing as Omar V.'s ex-wife, signed the paperwork to finalize the home equity loan. Based on my interview with DIGGS, and the physical similarities I observed, I believe that DIGGS is the individual photographed in the PNC surveillance photos. This belief is corroborated by other witnesses described below.

10. The PNC Investigator identified three cashiers' checks that were withdrawn from the $75,000 home equity loan account established in Omar V.'s name:

   a. PNC Cashier's Check # 033131 in the amount of $6,000 payable to Horace M. was subsequently deposited into Horace M.'s Bank of America account

   b. PNC Cashier's Check #033832 in the amount of $19,000 payable to Santia E. was deposited into Santia E.'s PNC account.

   c. PNC Cashier's Check #0001513 in the amount of $15,000 made payable to Gary G. was deposited into Gary G.'s M&T Bank account.

11. DIGGS withdrew the remaining $34,500 of the home equity loan on April 26, 2007 at PNC's Southeast Branch. I reviewed PNC surveillance photos taken at the time DIGGS withdrew the $34,500 from the bank teller. Based on my interview with DIGGS, and the physical similarities I observed, I believe that DIGGS is the individual photographed in the April 26, 2007 PNC surveillance photos.

12. On June 28, 2007, Alexandria Police Detective Charlie Pak and I interviewed Santia E. She said that she received the PNC Cashier's Check (#033832) from her cousin, Davonda R, who told her that she would get a cut of the money if she deposited the $19,000 PNC Cashier's Check into her bank account (Santia E.'s), and then withdrew the money when

4

13. it cleared. Davonda R. also told her that she was working with a suspect named "Jay," whom she would call when she needed money.

13. I showed Santia E. the April 17, 2007 PNC bank surveillance photos of the male suspect Santia E. identified him as her cousin's boyfriend, named "Darryl" Santa E. said that she did not have any further information about "Darryl".

14 On July 5, 2007, Special Agent Shane Burroughs and I interviewed Horace M. He admitted to receiving a PNC Cashier s Check (#033831) from an unidentified "Spanish" male in the parking lot of a Home Depot located on Rhode Island Avenue in Washington, D.C. Horace said that he deposited the check into his Bank of America account at an ATM machine. Roughly two days later, he withdrew $6000 and contacted the unidentified "Spanish" male, who met him at a restaurant. They split the money, $3000 each, inside of the unidentified suspects' white, Toyota Celica.

15 In addition, I showed Horace bank surveillance photographs showing the male suspect at the Station Center PNC Bank branch on April 17, 2007. He identified the suspect as his nephew, DARRYL JAMES DIGGS Horace said he did not receive the cashier's check from DIGGS, but he that knew Diggs was involved in this type of activity Horace had heard DIGGS talking on his cell phone about "checks," and that he had "corporate contacts," which is how he obtained identifying information.

16. On July 11, 2007, I compared DC Metropolitan Police Department (MPDC) arrest photographs of DIGGS against the April 17, 2007 PNC Bank surveillance photographs. The male suspect in those surveillance photographs matched with those provided by MPDC.

5

17. On July 11, 2007, I interviewed an employee with Wells Fargo Financial Bank in Alexandria, Virginia, who had assisted DIGGS in filing for the $7000 personal loan. He positively identified Darryl J. Diggs from a six-picture photo line-up.

18. On July 20, 2007, Special Agent Shane Burroughs, SA Nagel and I interviewed Davonda R. in Washington, D.C. During the interview, she admitted that she and DIGGS are the two individuals captured in the April 17, 2007 surveillance photographs from PNC Bank. Davonda R. also gave us a written statement corroborating all of the information that her cousin, Santia E., gave during her interview.

19. I spoke with a Fraud Investigator with Wells Fargo Financial Bank. She stated that an account was opened under the name of Omar Valverde for a loan amount of $7,000. This money was transferred, via a wire transfer to an account with M&T Bank. The M&T Bank account (#9842330053) is in the name of Gary G. of Fort Washington, Maryland

## V. CONCLUSION

20. Based on my training and experience, and the information provided in this affidavit, there is probable cause to believe that from in or about April 2007 through in or about May 2007, in Alexandria, Virginia, within the Eastern District of Virginia, DARRYL JAMES DIGGS, committed the offense referenced in Paragraph 4 of this Affidavit

21. Wherefore, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, I respectfully request a warrant to arrest DARRYL JAMES DIGGS.

_(signature)_
Benjamin Chervenak
Special Agent
United States Secret Service

Sworn and described before me this 25 day of September, 2007.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Honorable Theresa C. Buchanan
UNITED STATES MAGISTRATE JUDGE

7